IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 8:03CR363 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| YOLANDA LOPEZ-GOMEZ, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes on to consider the government's request to schedule a Rule 35 hearing in the above case.   Having considered the matter,

IT IS ORDERED that:

1.   A hearing on the government's motion is scheduled before the undersigned United States district judge on **January 2, 2007, at 3:15 p.m.** in Courtroom No. 3, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

2.   Counsel for the defendant, if previously appointed pursuant to the Criminal Justice Act, is reappointed to represent the defendant for purposes of the Rule 35(b) motion.  If retained, counsel for the defendant remains as counsel for the defendant until the Rule 35(b) motion is resolved or until given leave to withdraw.

3.   The Federal Public Defender shall provide CJA counsel with a new voucher.

4.   The Clerk of the Court shall electronically serve a copy of this order on counsel for the government, counsel for the defendant, and the Federal Public Defender.

**5.   The Marshal is directed to keep the defendant in the district for this hearing**

DATED this 21st day of December, 2006

BY THE COURT:

 s/ Joseph F. Bataillon
 JOSEPH F. BATAILLON
 United States District Judge